UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                    23 cr 360 (JGK)

      -against-

                                                    **SPEEDY TRIAL ORDER**

LUIS CERNA-MARROQUIN,
                    Defendant.
---------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, July 24, 2023, at 3:00pm,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **July 24, 2023** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 20, 2023