UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

LUIS CERNA-MARROQUIN,

            Defendant.

23-CR-360 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

As stated at today's conference, another conference shall be held on **September 27, 2023, at 11 a.m.**

In order to assure the effective assistance of counsel and to allow adequate time for the Government to make discovery and for the defendant to review it, the Court prospectively excludes the time from today, **July 24, 2023**, until **September 27, 2023**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: July 24, 2023
      New York, New York

                                           John G. Koeltl
                                      United States District Judge