UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

LUIS CERNA-MARROQUIN,

              Defendant.

23-cr-360 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the Court sets the following schedule for trial. The defendant must file any motion by **December 21, 2023**. The Government's response will be due **January 25, 2024**. The defendant's reply to the Government's response shall be filed by **February 1, 2024**.

A hearing on any motions will be held on **February 27, 2024** at **10:00 a.m.** The Government must disclose any 404(b) evidence and expert disclosures by **March 15, 2024**. The parties should file any requests to charge, motions in limine, and voir dire requests by **March 25, 2024**. Responses and objections are due by **April 5, 2024**. A final pre-trial conference shall be held on **May 8, 2024** at **10:00 a.m.** Trial is scheduled for **May 14, 2024** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           October 18, 2023

                                          John G. Koeltl
                                      United States District Judge