UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

LUIS CERNA-MARROQUIN,

Defendant.

23-cr-360 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

By Order dated December 18, 2023, the Court extended the time for the defendant to file any motions to January 31, 2024. ECF No. 18. The Court now amends the prior scheduling order of the Court dated October 18, 2023 as follows:

The Government's response to the defense motions will be due **February 21, 2024.** The defendant's reply to the Government's response shall be filed by **February 28, 2024.**

A hearing on any motions will be held on **March 11, 2024** at **10:00 a.m.** The Government must disclose any 404(b) evidence and expert disclosures by **March 15, 2024.** The parties should file any requests to charge, motions in limine, and voir dire requests by **March 25, 2024.** Responses and objections are due by **April 5, 2024.** A final pre-trial conference shall be held on **May 1, 2024** at **10:00 a.m.** Trial is scheduled for **May 6, 2024** at **9:00 a.m.**

SO ORDERED.

Dated:   New York, New York
         January 16, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge