UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                23 cr 360-02 (JGK)

RODOLFO LOPEZ,
                       Defendant.
-----------------------------------------------------------------X

      It is hereby ordered that Christopher J. Gunther, Esq., is appointed as counsel for the defendant, Rodolfo Lopez, for all purposes. Attorneys Benjamin Silverman and Daniel L. Stein are hereby relieved as counsel for the defendant, in this matter.

**SO ORDERED.**

                                                                          JOHN G. KOELTL
                                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 1, 2024